### L. GROSS *v.* M. LEIBER'S ADM'R, ET AL.

**Extinguishment of Dower by Partition.**

A voluntary petition between tenants in common, if free from fraud and fairly made, will have the effect to transfer the dower of the wives of the partitioners to the lands allotted in such partition, and the wife of one party to the partition thereby relinquishes her claim of dower in the land given to the other.

APPEAL FROM McCRACKEN COURT OF COMMON PLEAS.

June 26, 1879.

OPINION BY JUDGE COFER:

A voluntary partition between tenants in common, if free from fraud and fairly made, will have the same effect on the rights of the wives of the co-tenants to dower as partition by legal proceedings. I Scribener on Dower 327; *Davis v. Logan,* 9 Dana 185. That partition by legal proceedings would confine the wife's right to the portion set apart to her husband, is conceded.

The husbands having agreed upon partition, and Gross having conveyed to Lieber the portion allotted to him, Mrs. Lieber's right

to dower in the portion allotted to Gross was extinguished.  As Mrs.
Lieber had no right to dower in the lots embraced in her husband's
deed to Gross, her failure to sign did not warrant Gross's refusal to
accept it.

Wherefore the judgment is *affirmed.*

*Jas. Campbell, Jr., T. E. Moss, for appellant.*

*J. C. Gilbert, for appellee.*